IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SHEILA HILPIPRE and JIM PATERSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KENCO LOGISTICS SERVICES, L.L.C.,<br><br>Defendant. | No. C 12-3034-MWB<br><br>**ORDER APPROVING SETTLEMENT** |

_____

This is a putative class action pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, and Rule 23 of the Federal Rules of Civil Procedure, and in accordance with the Iowa Wage Payment Statute, IOWA CODE § 91A *et seq.*, against defendant Kenco Logistics Services, L.L.C., (Kenco). It is before me on the parties' March 11, 2013, Joint Motion To Approve Settlement (docket no. 38).

After a review of the Settlement Agreement submitted jointly by the parties for approval, and the Joint Motion To Approve Settlement, I find that the terms of the settlement of this litigation are fair and reasonable, including the amounts to be paid to the Named Plaintiffs and the Opt-In Plaintiffs, as well as the legal fees and reimbursement of costs paid to their attorneys.

THEREFORE, the parties March 11, 2013, Joint Motion To Approve Settlement (docket no. 38) is **granted**, and the Settlement Agreement is hereby **approved**.

**IT IS SO ORDERED**.

**DATED** this 15th day of March, 2013.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA